**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:26-cv-22272-WPD

JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,

Plaintiffs,

vs.

MCLAREN AUTOMOTIVE, INC., a Delaware Corporation,

Defendant.
________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation, and Defendant, MCLAREN AUTOMOTIVE, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties hereby state that the issues in controversy in this matter have been resolved and that each party shall bear its own attorneys' fees and costs. The parties further stipulate and agree, and request that the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. The effectiveness of this Joint Stipulation of Dismissal is conditioned upon the Court entering an order dismissing this action with prejudice and retaining jurisdiction to enforce the parties' settlement agreement.

Dated August 26, 2026

Respectfully submitted,

*/s/ Melissa J. Gibson*
MELISSA J. GIBSON
Florida Bar No: 1010123
Nelson Mullins Riley & Scarborough LLP
100 SE 3rd Avenue, Ste 2700

*/s/ Garrett S. Elsinger*
GARRETT S. ELSINGER
Florida Bar No: 91022
The Mineo Salcedo Law Firm, P.A.
5600 Davie Road

Fort Lauderdale, FL 33399
T: (954) 745-5251
Melissa.gibson@nelsonmullins.com
Herold.labissiere@nelsonmullins.com
*Attorneys for Defendant, McLaren Automotive, Inc.*

Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106
Service@mineolaw.com
Gelsinger@mineolaw.com
Denisei@mineolaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a copy of the Notice of Electronic Filing to the attorneys of record.

*/s/ Garrett S. Elsinger*
GARRETT S. ELSINGER